United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONNIE HAHN,

      Plaintiff.

      v.

JAGUAR LAND ROVER NORTH
AMERICA, LLC,

      Defendant.

Case No.  25-cv-03496-JCS

**ORDER TO SHOW CAUSE AND
SETTING FURTHER CASE
MANAGEMENT CONFERENCE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled to occur on April 15, 2026 in the above-entitled case. *See* dkt. no. 23   Plaintiff was present.  Defendant was not present.

IT IS HEREBY ORDERED that Defendant shall appear on **April 29, 2026 at 2:00 p.m.** before Magistrate Judge Joseph C. Spero, by Zoom webinar, and then and there to show cause why Defendant's default should not be entered for  failure to appear at the case management conference on April 15, 2026 and for failure to comply with the Court's Order.  A case management conference is also scheduled for **April 29, 2026 at 2:00 p.m.** by Zoom webinar.

IT IS SO ORDERED.

Dated:  April 15, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge